**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

CARLOS NICHOLLS, et al.,

Plaintiffs,

-against-

25 **CIVIL** 7569 (JPO)

# JUDGMENT

MELISSA AVILES-RAMOS, et al.,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 23, 2026, Plaintiffs' motion for summary judgment is DENIED, Defendants' cross-motion for summary judgment is GRANTED, and Plaintiffs' letter motion requesting a conference is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

November 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**